FELICIA PITRE, DISTRICT CLERK
# DOCKET SHEET
## CASE NO. DC-16-14431

**DAVID O'DONNELL**
vs.
**JUAN PABLO ZAVALA DIAZ, et al**

§
§
§
§

Location: **298th District Court**
Judicial Officer: **TOBOLOWSKY, EMILY**
Filed on: **11/07/2016**

## CASE INFORMATION

Case Type: **MOTOR VEHICLE ACCIDENT**

## PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **PLAINTIFF** | O'DONNELL, DAVID | **PERRY, JAMES SCOTT** *Retained* 214-528-4300(W) |
| **DEFENDANT** | AVIS BUDGET CAR RENTAL, LLC | **KNIGHT, KATHERINE** *Retained* 214-658-1928(W) |
| | DOE, JOHN | |
| | MOFFETT, CHADWICK SAMUEL Removed: 06/20/2017 NONSUIT OR DISMISSAL | **BALIDO, CARLOS A** *Retained* 214-749-4805(W) |
| | ZAVALA DIAZ, JUAN PABLO | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 11/07/2016 | NEW CASE FILED (OCA) - CIVIL | |
| 11/07/2016 | CORRESPONDENCE - LETTER TO FILE | |
| 11/07/2016 | CASE FILING COVER SHEET | |
| 11/07/2016 | ORIGINAL PETITION | |
| 11/07/2016 | ISSUE CITATION | |
| 11/07/2016 | ISSUE CITATION COMM OF INS OR SOS | |
| 11/09/2016 | **CITATION** AVIS BUDGET CAR RENTAL, LLC Served: 11/17/2016 MOFFETT, CHADWICK SAMUEL Served: 02/25/2017 | |
| 11/09/2016 | CITATION ISSUED | |
| 11/09/2016 | **CITATION SOS/COI/COH/HAG** ZAVALA DIAZ, JUAN PABLO Served: 11/14/2016 *CERT MAIL/ NH/ COH* | |
| 11/22/2016 | RETURN OF SERVICE *AVIS BUDGET CAR RENTAL* | |
| 11/29/2016 | RETURN OF SERVICE | |

EXHIBIT A

| Date | Entry |
|---|---|
| | *COH CIT EXEC 11/14/16 TO JUAN PABLO ZAVALA DIAZ CERT MAIL* |
| 12/09/2016 | ORIGINAL ANSWER - GENERAL DENIAL<br>Party: DEFENDANT AVIS BUDGET CAR RENTAL, LLC |
| 12/09/2016 | SPECIAL EXCEPTIONS<br>*DEFENDANT AVIS BUDGET'S* |
| 02/17/2017 | MISCELLANOUS EVENT<br>Party: PLAINTIFF O'DONNELL, DAVID<br>*NOTICE OF FILING CERTIFIED CRASH REPORT* |
| 02/23/2017 | NOTICE OF CHANGE OF ADDRESS |
| 03/02/2017 | RETURN OF SERVICE<br>*CITATION - CHADWICK SAMUEL MOFFETT* |
| 03/31/2017 | ORIGINAL ANSWER - GENERAL DENIAL<br>Party: DEFENDANT MOFFETT, CHADWICK SAMUEL |
| 03/31/2017 | JURY DEMAND<br>Party: DEFENDANT MOFFETT, CHADWICK SAMUEL |
| 04/11/2017 | CERTIFICATE OF SERVICE<br>*PROOF OF SERVICE - TXDOT - DIAZ* |
| 04/12/2017 | AFFIDAVIT<br>Party: PLAINTIFF O'DONNELL, DAVID<br>*N/FILING* |
| 04/13/2017 | ORDER - MEDIATION |
| 05/10/2017 | MISCELLANOUS EVENT<br>*JOINT NOTICE OF AGREED SUBSTITUTE MEDIATOR* |
| 05/23/2017 | MOTION - COMPEL<br>Party: DEFENDANT AVIS BUDGET CAR RENTAL, LLC<br>*AVISBUDGET CAR RENTAL, LLC'S MOTION TO COMPEL PLAINTIFF'S RESPONSES TO WRITTEN DISCOVERY* |
| 05/26/2017 | NOTICE OF HEARING / FIAT<br>*NOTICE OF HEARING ON DEFENDANT' AVIS' MOTION TO COMPEL, ETC.* |
| 05/30/2017 | NOTICE OF HEARING / FIAT<br>*1ST AMD N/M/COMPEL* |
| 06/09/2017 | AFFIDAVIT<br>*NOTICE OF FILING* |
| 06/09/2017 | MOTION - CONTINUANCE<br>Party: DEFENDANT AVIS BUDGET CAR RENTAL, LLC |
| 06/09/2017 | NON-SIGNED PROPOSED ORDER/JUDGMENT<br>*CONT* |

FELICIA PITRE, DISTRICT CLERK
DOCKET SHEET
CASE NO. DC-16-14431

| Date | Entry |
|---|---|
| 06/12/2017 | NOTE - CLERKS<br>*O/CONT SUBMITTED* |
| 06/12/2017 | NOTICE OF HEARING / FIAT<br>*NOTICE OF HEARING ON AVIS BUDGET'S MOTION FOR CONTINUANCE* |
| 06/13/2017 | CERTIFICATE OF CONFERENCE<br>*AVIS' SUPPLEMENT TO CERTIFICATE OF CONFERENCE ON MOTION FOR CONTINUANCE* |
| 06/13/2017 | MOTION - COMPEL<br>*AVIS' SUPPLEMENT TO MOTION TO COMPEL PLAINTIFF'S RESPONSES TO WRITTEN DISCOVERY* |
| 06/15/2017 | **Motion - Compel** (11:30 AM) (Judicial Officer: PURDY, MONICA)<br>Events: 05/23/2017 MOTION - COMPEL<br>*15M - DEF COMPEL - KATHERINE - 214-658-1928 -- CONT ADDED 06/12/17* |
| 06/15/2017 | NON-SIGNED PROPOSED ORDER/JUDGMENT<br>*AGREED PARTIAL DISMISS WITH PREJUDICE* |
| 06/15/2017 | NOTE - CLERKS<br>*O/PDISMISS SUBMITTED* |
| 06/16/2017 | ORDER - ASSOCIATE JUDGE'S DECISION<br>*COMPEL* |
| 06/16/2017 | NOTICE SENT VIA EMAIL/FAX<br>*BY JUDGE PURDY* |
| 06/20/2017 | ORDER - DISMISSAL<br>*AS TO CHADWICK SAMUEL MOFFETT* |
| 06/28/2017 | MOTION - CONTINUANCE<br>Party: ATTORNEY KNIGHT, KATHERINE; DEFENDANT AVIS BUDGET CAR RENTAL, LLC<br>*FIRST AMENDED* |
| 06/29/2017 | MOTION - STRIKE<br>*AVISBUDGET'S OBJECTIONS TO AND MOTION TO STRIKE AFFIDAVITS SERVED BY PLAINTIFF* |
| 06/30/2017 | CERTIFICATE OF DEPOSITION<br>*AVISBUDGET CAR RENTAL, LLC'S NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF* |
| 06/30/2017 | NOTICE OF HEARING / FIAT<br>*MOTION FOR CONTINUANCE AND MOTION TO STRIKE AFFIDAVITS* |
| 06/30/2017 | MOTION - STRIKE<br>Party: DEFENDANT AVIS BUDGET CAR RENTAL, LLC<br>*DESIG OF EXPERTS* |
| 07/03/2017 | AFFIDAVIT<br>Party: PLAINTIFF O'DONNELL, DAVID<br>*NOTICE OF FILING AFFIDAVIT* |

| Date | | |
|---|---|---|
| 07/05/2017 | MOTION - SUMMARY JUDGMENT<br>Party: DEFENDANT AVIS BUDGET CAR RENTAL, LLC | |
| 07/07/2017 | NON-SIGNED PROPOSED ORDER/JUDGMENT<br>*INTERLOCUTORY DEFAULT JUDGMENT - NO MOTION* | |
| 07/10/2017 | AMENDED ANSWER - AMENDED GENERAL DENIAL<br>Party: DEFENDANT AVIS BUDGET CAR RENTAL, LLC<br>*1ST* | |
| 07/11/2017 | NOTICE OF HEARING / FIAT<br>*M/STRIKE 08/04/17* | |
| 07/12/2017 | AFFIDAVIT<br>Party: PLAINTIFF O'DONNELL, DAVID<br>*OF LYNDIA CONLEY WHITE* | |
| 07/14/2017 | AFFIDAVIT<br>Party: DEFENDANT AVIS BUDGET CAR RENTAL, LLC<br>*AMD/N/FILING* | |
| 07/17/2017 | RETURN OF SERVICE<br>*SUBP - CHADWICK SAMUEL MOFFETT* | |
| 08/04/2017 | **Motion - Continuance** (4:00 PM) (Judicial Officer: TOBOLOWSKY, EMILY)<br>Events: 06/28/2017 MOTION - CONTINUANCE<br>06/29/2017 MOTION - STRIKE<br>06/30/2017 MOTION - STRIKE<br>*30 MIN & M/STRIKE (x2) KATHERINE KNIGHT 214/658-1928* | |
| 08/21/2017 | **Jury Trial - Civil** (9:00 AM) (Judicial Officer: TOBOLOWSKY, EMILY) | |

| DATE | FINANCIAL INFORMATION | | |
|---|---|---|---|
| | **DEFENDANT** MOFFETT, CHADWICK SAMUEL<br>Total Charges<br>Total Payments and Credits<br>**Balance Due as of 7/19/2017** | | 40.00<br>40.00<br>**0.00** |
| 03/31/2017<br>03/31/2017 | Charge<br>CREDIT CARD - Receipt # 20617-2017-DCLK TEXFILE (DC) | MOFFETT, CHADWICK SAMUEL<br>MOFFETT, CHADWICK SAMUEL | 40.00<br>(40.00) |
| | **PLAINTIFF** O'DONNELL, DAVID<br>Total Charges<br>Total Payments and Credits<br>**Balance Due as of 7/19/2017** | | 444.00<br>444.00<br>**0.00** |
| 11/08/2016<br>11/08/2016 | Charge<br>CREDIT CARD - Receipt # 70750-2016-DCLK TEXFILE (DC) | PLAINTIFF O'DONNELL, DAVID<br>PLAINTIFF O'DONNELL, DAVID | 444.00<br>(444.00) |

STATE OF TEXAS  }
COUNTY OF DALLAS }

I, FELICIA PITRE, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this Instrument to be a true and correct copy of the original as appears on record in my office.

GIVEN UNDER M[...] of said Court, at office in Dallas, Texas, this 19TH day of JULY, A.D., 2017.

FELICIA PITRE, DISTRICT CLERK
~~DALLAS~~ COUNTY, TEXAS
By _Michael E. Clark_ Deputy