## INDEX OF STATE COURT RECORDS

| Exhibit # | Date | Description |
|---|---|---|
| B-1 | 11/07/2016 | Letter from Plaintiff's counsel to State Court Clerk |
| B-2 | 11/07/2016 | Civil Case Information Sheet |
| B-3 | 11/07/2016 | Plaintiff's Original Petition filed in State Court |
| B-4 | 11/09/2016 | Citation issued to AvisBudget Car Rental, LLC |
| B-5 | 11/09/2016 | Citation issued to Chadwick Samuel Moffett |
| B-6 | 11/09/2016 | Citation issued to Juan Pablo Zavala Diaz through Texas Chairman of the State Highway and Public Transportation Commission |
| B-7 | 11/22/2016 | Officer's Return of Citation to Avis Budget Car Rental, LLC |
| B-8 | 11/28/2016 | Officer's Return of Citation to Juan Pablo Zavala Diaz through the Texas Department of Transportation |
| B-9 | 12/09/2016 | Defendant Avis Budget Car Rental, LLC's Original Answer |
| B-10 | 12/09/2016 | Defendant Avis Budget Car Rental, LLC's Special Exceptions |
| B-11 | 02/17/2017 | Plaintiff's Notice of Filing Certified Copy of Police Report |
| B-12 | 02/23/2017 | Plaintiff's Notice of Change of Address for Plaintiff's counsel |
| B-13 | 03/02/2017 | Officer's Return of Citation to Chadwick Samuel Moffett |
| B-14 | 03/31/2017 | Defendant Chadwick Samuel Moffett's Original Answer |
| B-15 | 03/31/2017 | Demand for Jury by Defendant Chadwick Samuel Moffett |
| B-16 | 04/11/2017 | Letter from Texas Department of Transportation to Juan Pablo Zavala Diaz, Calle Independencia #317, Barcelona, Spain |
| B-17 | 04/12/2017 | Plaintiff's Notice of Filing Affidavits (Dr. Stone) |
| B-18 | 04/13/2017 | Court's letter to Katherine Knight regarding Jury Trial |
| B-19 | 04/13/2017 | Court's letter to Carlos A. Baldido regarding Jury Trial |
| B-20 | 04/13/2017 | Court's letter to James Scott Perry regarding Jury Trial |
| B-21 | 04/13/2017 | Court's letter to file copy regarding Jury Trial |
| B-22 | 04/13/2017 | Mediation Order |
| B-23 | 05/10/2017 | Joint Notice of Agreed Substitute Mediator |
| B-24 | 05/23/2017 | Defendant AvisBudget Car Rental, LLC's Motion to Compel Plaintiff's Responses to Written Discovery |
| B-25 | 05/26/2017 | Defendant AvisBudget Car Rental, LLC's Notice of Hearing |
| B-26 | 05/30/2017 | Defendant AvisBudget Car Rental, LLC's First Amended Notice of Hearing |
| B-27 | 06/09/2017 | Plaintiff's Notice of Filing Affidavits |
| B-28 | 06/09/2017 | Defendant AvisBudget Car Rental, LLC's Motion for Continuance |
| B-29 |  | Defendant AvisBudget Car Rental, LLC's proposed Order |

| Exhibit # | Date | Description |
|---|---|---|
| | | Granting Continuance |
| B-30 | 06/12/2017 | Defendant AvisBudget Car Rental, LLC's Notice of Hearing on Motion for Continuance |
| B-31 | 06/13/2017 | Defendant AvisBudget Car Rental, LLC's Supplement to Certificate of Conference |
| B-32 | 06/13/2017 | Defendant AvisBudget Car Rental, LLC's Supplement to Motion to Compel |
| B-33 | 06/20/2017 | Proposed Agreed Order of Partial Dismissal with Prejudice |
| B-34 | 06/16/2017 | Notice regarding Comments: Associate Judge's Decision with attached signed Order on Defendant AvisBudget Car Rental, LLC's Motion to Compel and facsimile confirmation sheets |
| B-35 | 06/16/2017 | Order on Defendant AvisBudget Car Rental, LLC's Motion to Compel Plaintiff's Discovery Responses |
| B-36 | 06/20/2017 | Order of Dismissal with Prejudice regarding Defendant Chadwick Samuel Moffett |
| B-37 | 06/28/2017 | Defendant AvisBudget Car Rental, LLC's First Amended Motion for Continuance |
| B-38 | 06/29/2017 | Defendant AvisBudget Car Rental, LLC's Objections to and Motion to Strike Affidavits |
| | 06/30/2017 | Defendant AvisBudget Car Rental LLC's Notice of Deposition of Plaintiff |
| B-39 | 06/30/2017 | Defendant AvisBudget Car Rental, LLC's Notice of Hearing on Motion for Continuance and Motion to Strike Affidavits |
| B-40 | 06/30/2017 | Defendant AvisBudget Car Rental, LLC's Motion to Strike Plaintiff's Designation of Experts |
| B-41 | 07/03/2017 | Defendant AvisBudget Car Rental, LLC's Notice of Filing Affidavit regarding Certified Crash Report |
| B-42 | 07/05/2017 | Defendant AvisBudget Car Rental, LLC's Motion for Summary Judgment |
| B-43 | | Proposed Interlocutory Default Judgment |
| B-44 | 07/10/2017 | Defendant AvisBudget Car Rental, LLC's First Amended Original Answer |
| B-45 | 07/11/2017 | Defendant AvisBudget Car Rental, LLC's Notice of Hearing on Motion to Strike Plaintiff's Designation of Experts |
| B-46 | 07/12/2017 | Plaintiff's Notice of Filing Affidavit |
| B-47 | 07/14/2017 | Defendant AvisBudget Car Rental, LLC's Amended Notice of Filing Affidavit (Tx Dot Crash Report – redacted] |