FIL[
DALLAS COUN[
11/7/2016 2:00:55 [
FELICIA PIT[
DISTRICT CLE[

Marissa Pittman



November 7, 2016

**VIA E-service**　　　　DC-16-14431
District Court Clerk
Dallas County
600 Commerce Street
Dallas, Texas 75202

　　　Re. O'Donnell v. Zavala Diaz, et al

Dear District Clerk,

　　　Enclosed please find Plaintiff's Original Petition, Request for Disclosure, Request for Admissions, Request for Production and Interrogatories which we present for filing. Please upload a file-stamped copy at your convenience.

If you have any questions, please do not hesitate to contact me.
Sincerely,

　　　　　　　　　　　　　　　　/s/ Scott Perry
　　　　　　　　　　　　　　　　J. Scott Perry
　　　　　　　　　　　　　　　　*Attorney*


JSP/lh
Encl.
cc: Sedgwick Ins. Co.　　　Gregory Sten　　　CMRR #7016-1370-0002-0150-4507



7616 LBJ FREEWAY, SUITE 500　　　DALLAS, TEXAS 75251　　　www.ENGLISHPLLC.com
PHONE: 214-528-4300　　FAX: 972-733-1335