IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID O'DONNELL, <br> PLAINTIFF, | § § § | |
| v. | § § | CASE NO. 3:17-CV-1922-S (BK) |
| JUAN PABLO ZAVALA DIAZ, <br> AVIS BUDGET CAR RENTAL, LLC, <br> AVIS RENT A CAR SYSTEM, LLC, <br> AND PV HOLDING CORP., <br> DEFENDANTS. | § § § § § § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's Request for Entry of Default Judgment, Doc. 43, is **DENIED**.

**SO ORDERED** this 14th day of January, 2019.

UNITED STATES DISTRICT JUDGE