IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID O'DONNELL, § | | |
| PLAINTIFF, § | | |
| § | | |
| V. § | CASE NO. 3:17-CV-1922-S (BK) | |
| § | | |
| JUAN PABLO ZAVALA DIAZ, § | | |
| AVIS BUDGET CAR RENTAL, LLC, § | | |
| AVIS RENT A CAR SYSTEM, LLC, § | | |
| AND PV HOLDING CORP., § | | |
| DEFENDANTS. § | | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Second Motion for Default Judgment against Juan Pablo Zavala Diaz [ECF No. 85], is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk shall transmit a true copy of this Judgment and the order accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge, to counsel for the parties.

**SO ORDERED.**

SIGNED October _11_, 2019.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE