IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVID O'DONNELL, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CASE NO. 3:17-CV-1922-S-BK |
| § | |
| JUAN PABLO ZAVALA DIAZ, § | |
| AVIS BUDGET CAR RENTAL, LLC, § | |
| AVIS RENT A CAR SYSTEM, LLC, § | |
| AND PV HOLDING CORP., § | |
| DEFENDANTS. § | |

## TURNOVER ORDER

The Court has entered its Order Accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge as to Plaintiff's *Application for Turnover Order in Aid of Collection of Judgment*, Doc. 89. Accordingly, the Application is **GRANTED**.

**IT IS THEREFORE ORDERED** that any and all interest in legal claims that Juan Pablo Zavala Diaz may have against any party arising out of the traffic accident that he was involved in on January 15, 2015 are hereby transferred to Plaintiff David O'Donnell.

**IT IS FURTHER ORDERED** that Plaintiff is awarded $3,150 as reasonable attorneys' fees for filing the Application for Turnover Order.

**SO ORDERED.**

SIGNED May __1__, 2020.

*[signature]*

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE